**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

LAWRENCE E. RUF,

    Plaintiff,

v.

WELLS FARGO BANK, N.A., and HSBC USA., N.A,

    Defendants.

CIVIL ACTION NO.: 4:18-cv-194

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's March 4, 2019 Report and Recommendation, (doc. 18), to which the parties have not filed any objections. Accordingly, Court **ADOPTS** the Report and Recommendation as the opinion of the Court and **DISMISSES** Plaintiff's complaint without prejudice for failing to comply with the Court's Order.

**SO ORDERED**, this 29th day of March, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA