# United States District Court
## Southern District of Georgia

LAWRENCE E. RUF,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:18-cv-194

WELLS FARGO BANK, N.A., and HSBC USA., N.A,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered on March 29, 2019, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court and this case is DISMISSED without prejudice. This case stands CLOSED.

Approved by: _____

March 29, 2019
Date

Scott L. Poff
Clerk

(By) Deputy Clerk